IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI, Movants, § § § § § | |
| v. § | Miscellaneous Action No. 3:20-MC-009-E |
| ORONE LAIZEROVICH; ILI SOLUTIONS, LLC, Respondents. § § § | Referred to U.S. Magistrate Judge |

## ORDER

By *Order of Reference* filed February 3, 2020, before the Court for determination is the *Motion to Compel Orone Laizerovich and ILI Solutions, LLC to Comply with Subpoena*, filed January 24, 2020 (doc. 1).

The respondent may file a response *and brief containing citations to relevant authorities*[1] to the request to transfer no later than **noon on Friday, February 14, 2020**. The movant may not file a reply.

An oral argument has been scheduled for **Wednesday, February 19, 2020, at 10:00 a.m.** in courtroom 1566. Unless otherwise ordered, the motion will be determined based on the relevant filings. No evidence will be received at the oral argument.

The movant shall serve the respondent with a copy of this order and shall file a certificate of service attesting to service no later than 5:00 p.m. on **February 6, 2020**.

**All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

the hearing without obtaining permission of the Court will result in appropriate sanctions.

    **SO ORDERED** on this 3rd day of February, 2020.

                                                                                                        _____
                                                                                                          IRMA CARRILLO RAMIREZ
                                                                                                          UNITED STATES MAGISTRATE JUDGE