IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI, § § § § <br><br> Movants, § <br> v. § Misc. Action No. 3:20-mc-00009-E-BH <br> § <br> ORONE LAIZEROVICH, ILI § <br> SOLUTIONS, LLC, § § <br> Respondents. § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Court's Order dated February 3, 2020 [Docket No. 4] was served upon Respondents Orone Laizerovich and ILI Solutions, LLC via United States first-class mail, certified return receipt requested, postage prepaid, on the 4th day of February, 2020, and by email on February 6, 2020. *See* Exhibit A attached hereto.

Dated: February 6, 2020

Respectfully Submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:    (512) 867-8400
Telecopier:    (512) 867-8470

*Attorneys for Movants*