# haynesboone

February 4, 2020

Direct Phone Number: (512) 867-8412
Direct Fax Number: (512) 867-8609
wesley.lewis@haynesboone.com

**VIA CMRRR 9414726699042041895695
& VIA EMAIL**
Orone Laizerovich
5604 Plumtree Drive
Dallas, TX 75252-4929

Certified Article Number
9414 7266 9904 2041 8956 95
SENDERS RECORD

**VIA CMRRR 9414726699042041895701
& VIA EMAIL**
ILI Solutions, LLC
4409 Longfellow Drive
Plano, TX 75093

Certified Article Number
9414 7266 9904 2041 8957 01
SENDERS RECORD

Re:   *Folkenflik, et al. v. Laizerovich, et al.*; Cause No. 3:20-mc-00009-E-BH pending in the United States District Court, Norther District of Texas, Dallas Division

Dear Mr. Laizerovich:

Please find enclosed a copy of an Order (Dkt. 4) entered on February 3, 2020 in the above-referenced matter, which is being served on you and ILI Solutions, LLC pursuant to that Order in accordance with Federal Rule of Civil Procedure 5(b)(2)(C).

Sincerely,

*Wesley D. Lewis*

Wesley D. Lewis

WDL/clm

Enclosure

**EXHIBIT A**

Haynes and Boone, LLP
Attorneys and Counselors
600 Congress Ave., Suite 1300
Austin, Texas 78701-3285
Phone: 512.867.8400
Fax: 512.867.8470
www.haynesboone.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI, Movants, <br><br> v. <br><br> ORONE LAIZEROVICH; ILI SOLUTIONS, LLC, Respondents. | § § § § § § § § § § § § § Miscellaneous Action No. 3:20-MC-009-E <br><br> Referred to U.S. Magistrate Judge |

### ORDER

By *Order of Reference* filed February 3, 2020, before the Court for determination is the *Motion to Compel Orone Laizerovich and ILI Solutions, LLC to Comply with Subpoena*, filed January 24, 2020 (doc. 1).

The respondent may file a response *and brief containing citations to relevant authorities*[1] to the request to transfer no later than **noon on Friday, February 14, 2020**. The movant may not file a reply.

An oral argument has been scheduled for **Wednesday, February 19, 2020, at 10:00 a.m.** in courtroom 1566. Unless otherwise ordered, the motion will be determined based on the relevant filings. No evidence will be received at the oral argument.

The movant shall serve the respondent with a copy of this order and shall file a certificate of service attesting to service no later than 5:00 p.m. on **February 6, 2020**.

**All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 3rd day of February, 2020.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Lewis, Wesley |
| **To:** | orone@ilisols.com |
| **Cc:** | Prather, Laura |
| **Subject:** | Court Order in Motion to Compel Orone Laizerovich and ILI |
| **Date:** | Thursday, February 6, 2020 11:12:15 AM |
| **Attachments:** | image001.png |
| | NPR-Butowsky LT Laizerovich serving Order Dkt. 4.pdf |

Mr. Laizerovich:

Pursuant to this Court's February 3, 2020 Order, we have served a copy of that Order on you in accordance with Federal Rule of Civil Procedure 5 via certified mail. That Order is also attached as a courtesy. Please reach out to Laura Prather or me with any questions.

Best,
Wesley



**Wesley Lewis**
Associate
wesley.lewis@haynesboone.com

**Haynes and Boone, LLP**
600 Congress Avenue
Suite 1300
Austin, TX 78701-3285

(t) +1 512.867.8412
(f) +1 512.867.8640

vCard | Bio | Website