IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, | § § § § § | |
| Movants, | § § | 3:20-MC-009-E |
| v. | § § | *Ancillary to* CIVIL ACTION NO. |
| ORONE LAIZEROVICH, ILI SOLUTIONS, LLC | § § § § § § § § | 4:18-CV-00442-ALM (E.D. Tex.) |
| Respondent. | § § | |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ORONE LAIZEROVICH AND ILI SOLUTIONS, LLC TO COMPLY WITH SUBPOENA

On this day, the Court considered the Motion to Compel Orone Laizerovich ("Laizerovich") and ILI Solutions, LLC ("ILI") to Comply with Subpoena ("Motion") filed by Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant Defendants' Motion. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED;

ORDERED that Laizerovich and ILI shall produce materials responsive to the Subpoena served on them on November 23, 2019, within fourteen (14) days of this Order.

ENTERED this __19th__ day of __February, 2020__.

_____
United States ~~District~~ Judge Magistrate
Northern District of Texas